■ RICHARD G. LENAEUS v. CRANES, INC. CRANES, INC., v. STEEL STRUCTURES, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ LE DANS, LTD., v. JOHN P. DELEY, Doing Business under the Name of BUREAU OF ETHICAL SECURITY.— Motion for leave to reargue appeal or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ ARMANDO APONTE v. ROVEN TAXI, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ MARY A. WILKINSON v. SAMUEL N. WILKINSON.—Motion for leave to reargue appeal or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ FUN FAIR PARK, INC., et al. v. FRANCES URSINI et al. FUN FAIR PARK, INC., et al. v. GABOR HOLDING CORP. et al.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ NATIONAL TILE AND MARBLE CORP. v. BERNARD FREAD.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ EMERALD PACKING CORPORATION v. HYGRADE FOOD PRODUCTS CORPORATION.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ TEK BEARING COMPANY, INC., v. NATIONAL SURETY CORPORATION.— Application granted. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOE L. WILLIAMS.— Motion dismissed in view of the dismissal of the appeal, by order of this court entered May 19, 1960. Concur — Botein, P. J., Breitel, Rabin and Valente, JJ.

■ BENJAMIN HAMOWITZ v. ARA VORTABEDIAN, Doing Business as VAN ALST SERVICE STATION.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL ROCHE.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LESLIE STANLEY.— Motion to vacate order of this court entered on March 6, 1951 denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HILTON McGEE.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ In the Matter of the Arbitration between LOUIS MARSHALL et al., and BERNARD LANG.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 25, 1960, with notice of argument for September 6, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ ATWOOD RICHARDS, INC., v. UNITED STATES SPINACH & MEAT CORP.— Motion to recall remittitur dismissed. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.